UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD WEDDLE, | ) | 3:14-cv-00241-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | March 6, 2015 |
| | ) | |
| RENEE BAKER, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   Katie Lynn Ogden        REPORTER:           FTR

COUNSEL FOR PLAINTIFF:   Richard Weddle, Pro Se (Telephonically)

COUNSEL FOR DEFENDANTS:   Charles Lehman, Esq.

**MINUTES OF PROCEEDINGS: Motion Hearing**

9:58 a.m.  Court convenes.

The court holds today's hearing to address Plaintiff's Motion to Reset Scheduling Order (Doc. # 31).

The court explains Plaintiff is contesting the entry of the Scheduling Order (Doc. # 26), arguing the court must await a mandate from the United States Court of Appeals for the Ninth Circuit before entering such an order.  Plaintiff agrees the court has correctly summarized his argument and further requests the court to consider extending the deadlines set forth in the scheduling order by thirty (30) days.

Defendants' counsel Charles Lehman has no objection to the limited extension of time the Plaintiff is seeking.

After having discussion regarding the current status of the case and inquiry into what discovery has been undertaken and remains necessary, the court establishes the following revised deadlines:

///

Minutes of Proceedings
3:14-cv-00241-MMD-WGC
March 6, 2015

        <u>Discovery Cut-Off</u>: Thursday, April 30, 2015;

        <u>Discovery Motions</u>: Friday, May 8, 2015;

        <u>Amending the Pleading and Adding Parties</u>: Friday, May 8, 2015;

        <u>Dispositive Motions</u>: Friday, May 29, 2015; and

        <u>Joint Pre-Trial Order</u>: Friday, June 12, 2015 - unless, in the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision of the dispositive motions or further order of the court.

    The court clarifies for the record that the case is proceeding on the Amended Screening Order (Doc. # 8).

    IT IS THEREFORE ORDERED, Plaintiff's Motion to Reset Scheduling Order (Doc. # 31) is **GRANTED in part** in so far the court establishes revised deadlines as to the scheduling order.

**IT IS SO ORDERED.**

10:15 a.m.  Court adjourns.

                                                LANCE S. WILSON, CLERK

                                                By:           /s/          
                                                Katie Lynn Ogden, Deputy Clerk