## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD WEDDLE, | ) | 3:14-cv-00241-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 2, 2015 |
| | ) | |
| RENEE BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion for Enlargement of Time for the Parties to file their Dispositive Motions. (Doc. # 44.)  Defendants seek an order extending the dispositive motions deadline thirty (30) days beyond the resolution of any discovery issues.

With good cause appearing, Defendants' motion (Doc. # 44) is **GRANTED.**  The deadline for filing dispositive motions is extended to thirty (30) days beyond the resolution of any discovery issues.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk